UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN THE MATTER OF

THE EXTRADITION OF                    Case No. 6:25-mj-01639-DCI

GEORGE GIBNEY

### AFFIDAVIT OF WAIVER OF EXTRADITION

I, George Gibney, having been fully informed by my attorney, Aisha Nash, Esq, of my rights under the extradition treaty in force between the United States and Ireland, and 18 U.S.C. §§ 3184-3196, do hereby waive any and all such rights and ask the Court to expedite my return, in custody, to Ireland.

1. My attorney, with whose services I am satisfied, has explained to me the terms of the extradition treaty in force between the United States and Ireland, the applicable sections of Title 18 of the United States Code, and the complaint filed by the United States Attorney in fulfillment of the United States' treaty obligations to the Government of Ireland.

2. I understand that, pursuant to 18 U.S.C. § 3184, I am entitled to a hearing at which certain facts would need to be established, including:

   a. That currently there is an extradition treaty in force between the United States and Ireland;

   b. That the treaty covers the offense for which my extradition was requested;

   c. That I am the person whose extradition is sought by Ireland; and

1

        d.        That probable cause exists to believe that I committed the offense for which extradition was requested.

3.        I admit that I am the individual against whom charges are pending in Ireland and for whom process is outstanding there. I fully understand that in the absence of a waiver of my rights, I cannot be compelled to return to Ireland unless and until a court in the United States issues a ruling certifying my extraditability and the Secretary of State of the United States issues a warrant of surrender.

4.        I have reviewed the complaint, and I fully understand my right to a hearing at which my counsel and I could challenge the extradition request presented by the Government of Ireland.

5.        I hereby waive my rights under the extradition treaty and the applicable sections of Title 18 of the United States Code, and agree to be transported in custody, as soon as possible, to Ireland, and to remain in custody of the United States Marshal pending the arrival of duly authorized representatives from Ireland.

6.	No representative, official, or officer of the United States or of the Government of Ireland, nor any other person whosoever, has made any promise or offered any other form of inducement or made any threat or exercised any form of intimidation against me. I execute this waiver of rights knowingly, voluntarily, and entirely of my own free will and accord.

Dated this 9th day of July, 2025.

_____          _____
Aisha Nash. Esq.                                                     George Gibney
Attorney for George Gibney

I hereby certify that on this 11 day of July, 2025, George Gibney personally appeared before me and made his oath in due form of law that the statements herein are true.

_____
Daniel C. Irick
United States Magistrate Judge
Middle District of Florida

3